# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRYAN BONHAM, | ) | 3:18-cv-00242-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 17, 2020 |
| R. BAKER, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u> KAREN WALKER </u>   REPORTER: <u> NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Judicial Notice" (ECF No. 27). Plaintiff requests a copy of his original motion to compel discovery (ECF No. 25) and motion to reconsider (ECF No. 17) as "Plaintiff is no longer at LCC where e-file is an available avenue." (*Id.* at 1.) Plaintiff is advised he should not expect to receive free copies of court filings as a matter of course. However, in this instance, Plaintiff's request shall be granted on a **one-time basis**. Plaintiff is informed if in the future he wishes to have a copy of a filing, he will have to order it in advance and pay for it. The Clerk's Office charges 50¢ per page.

Plaintiff's request (ECF No. 27) is **GRANTED**. The Clerk of the Court is directed to send a copy of Plaintiff's Motion to Compel Discovery (ECF No. 25) and Plaintiff's Motion to Reconsider (ECF No. 17) in this matter to the Plaintiff.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>      /s/                    </u>
  Deputy Clerk