# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRYAN BONHAM, | ) | 3:18-cv-00242-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | July 6, 2020 |
| R. BAKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion to Strike Response to Request for Default or Memorandum to Support Default Should Defendants Respond as it Would be Fraud Upon Court" (ECF No. 51).

**IT IS HEREBY ORDERED** that Plaintiff's "Motion to Strike Response to Request for Default or Memorandum to Support Default Should Defendants Respond as it Would be Fraud Upon Court" (ECF No. 51) is **DENIED** for the reasons set forth in the court's order of June 24, 2020 (ECF No. 44).

**IT IS FURTHER ORDERED** that the Clerk shall serve Plaintiff with this order at both LCC and HDSP.

DEBRA K. KEMPI, CLERK

By:  _____/s/_____
          Deputy Clerk