# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRYAN BONHAM, | ) | 3:18-cv-00242-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | July 6, 2020 |
| R. BAKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Before the court is Plaintiff's "Ex Parte Motion for Appointment of Counsel and Request for an Evidentiary Hearing" (ECF No. 52).

   **IT IS HEREBY ORDERED** that Plaintiff's "Ex Parte Motion for Appointment of Counsel and Request for an Evidentiary Hearing" (ECF No. 52) is **DENIED** for the reasons set forth in the court's order of June 30, 2020 (ECF No. 50). If Plaintiff is dissatisfied with the court's ruling in its order (ECF No. 50), Plaintiff may file an objection to the order under LR IB 3-1 and 28 U.S.C. § 636(b)(1)(A). However, any objection must be filed within fourteen (14) days of service of the order (ECF No. 50).

   **IT IS FURTHER ORDERED** that the Clerk shall serve Plaintiff with this order at both LCC and HDSP.

                                        DEBRA K. KEMPI, CLERK

                                        By:       /s/
                                              Deputy Clerk